

**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

Honorable Edward R. Korman  December 26, 2018
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Barshae Murph, 18 CR 447 (ERK)

Your Honor:

    I represent Mr. Murph, who is charged with being a felon in possession of a firearm in violation of 18 U.S.C. 922(g).

    The parties are scheduled to appear on January 9, 2019, for a status conference. As the parties are still in plea negotiations and reviewing discovery, we respectfully request the appearance be adjourned approximately 30 days. Both sides request the time period be excluded from speedy trial calculations.

                                   Very Truly Yours,
                                        /s/
                                   Michael D. Weil
                                   (718) 407-7413

cc:    AUSA James McDonald